**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2014-0568, <u>Lynda Warhall v. Hillsborough County Sheriff's Office & a.</u>, the court on May 11, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Lynda Warhall, appeals an order of the Superior Court (<u>Smukler</u>, J.) granting summary judgment to the defendants, the Hillsborough County Sheriff's Office (Hillsborough) and the Town of Deerfield and Deerfield Police Department (Deerfield). She contends that the trial court erred by finding, upon the summary judgment record, that: (1) Deerfield had municipal immunity, pursuant to RSA 507-B:5 (2010), and vicarious official immunity; and (2) Hillsborough did not wrongfully terminate her employment.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

Affirmed.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**
